# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0100.  ROYCE L. JONES v. CIT BANK, N.A.

Royce Jones, proceeding pro se, filed this application for discretionary review, purportedly seeking to appeal an order entered by the Fulton County Superior Court. However, Jones failed to submit a file-stamped copy of the order he seeks to appeal, in violation of Court of Appeals Rule 31 (c), and instead has submitted a Fulton County Magistrate Court order entered on August 20, 2018.  Consequently, on September 19, 2018, we ordered Jones to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We indicated that failure to comply with this directive would result in dismissal of the application.  Jones has failed to comply with this directive.

To the extent that Jones seeks discretionary review of the August 20 magistrate court order, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  This Court thus may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).  Absent an appealable state or superior court order, we are unable to entertain jurisdiction over

this case.  Accordingly, Jones's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/11/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*